AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Irvin Jefferson Wilson, aka Irvin Jefferson Wilson #158202 <br> *Plaintiff* <br> v. <br> Officer Braham, Benjamin Cothran, Michael Onell, Officer Collier, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No.   6:15-cv-4835-MGL <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III.

Date:   March 29, 2016                                    *CLERK OF COURT*

                                                          s/Debbie Stokes
                                                          *Signature of Clerk or Deputy Clerk*