

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IRVIN JEFFERSON WILSON,        Plaintiff, | § § § |
| vs. | §   CIVIL ACTION NO. 6:15-4835-MGL § |
| OFFICER BRAHAM, BENJAMIN COTHRAN, MICHAEL ONELL, OFFICER COLLIER, OFFICER MUNOZ, CHARLES COTHRAN, SHERIFF STEVE LOFTIS, Police Officer, Greenville Law Enforcement, State of South Carolina, E. POWERS PRICE, Esquire, ALEX STALVEY, Esquire, ALLEN WILSON, Attorney General, State of South Carolina, W. WALTER WILKINS, SOLICITOR, MARK MOYER, Assistant Solicitor, Thirteenth Judicial Circuit, KNOX WHITE, Mayor, Greenville, SC, DARREN VAUGHN, EDWARD IRICK, OFFICER HARVELL, KITTY HYATT, S. BROWN, and WAYNE SHEPARDSON, Foreman, Grand Jury Thirteenth Judicial Circuit, Greenville, South Carolina,        Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § |

**AMENDED ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge [9] suggesting Plaintiff's complaint [1] be dismissed. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report [9] on February 29, 2016, and the Clerk of Court received Plaintiff's objections on March 14, 2016 [14-1]. The Court has carefully considered the objections, but finds them to be without merit. Therefore, it will enter judgment accordingly.

The Court's characterization of Plaintiff's March 14, 2016, submission as "objections" is a charitable one. Frankly, Plaintiff's objections are generally nothing more than conclusory assertions, arguments of issues the Magistrate Judge has already considered and soundly rejected, and meritless contentions. Consequently, the Court will overrule Plaintiff's objections.

After a thorough review of the Report and the record in this case pursuant to the standards set forth above, the Court overrules Plaintiff's objection, adopts the Report, and incorporates it herein. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed this 3rd day of February, 2017, in Columbia, South Carolina.

>s/ Mary Geiger Lewis
>MARY GEIGER LEWIS
>UNITED STATES DISTRICT JUDGE

*****
### NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.