AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

|  |  |  |
|---|---|---|
| Irvin Jefferson Wilson, aka | ) | |
| Irvin Jefferson Wilson #158202 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    6:15-cv-4835-MGL |
| Officer Braham, Benjamin Cothran, Michael Onell, | ) | |
| Officer Collier, et al | ) | |
| *Defendant* | ) | |

### AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III.

Date:February 3, 2017

*CLERK OF COURT*

s/Debbie Stokes

_____
*Signature of Clerk or Deputy Clerk*